UNITED STATES of America,
Plaintiff–Appellee,

v.

**Edgar Mike ALVIREZ, Jr.,**
Defendant–Appellant.

No. 11–10244.

United States Court of Appeals,
Ninth Circuit.

April 15, 2013.

Heather Belt, Esquire, Assistant U.S. Attorney, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Daniel L. Kaplan, Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Phoenix, AZ, for Defendant–Appellant.

Before: DOROTHY W. NELSON, JOHNNIE B. RAWLINSON, and SANDRA S. IKUTA, Circuit Judges.

**ORDER**

The opinion filed on March 14, 2013, published at 2013 WL 1092709, is **WITHDRAWN** pending resolution of the petition for rehearing en banc in *United States v. Zepeda*, 705 F.3d 1052 (9th Cir.2013). It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.